| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| --- | --- |
| | SUPERIOR COURT DIVISION |
| COUNTY OF LINCOLN | 15-CVS-01391 |

| | |
| --- | --- |
| **DENVER GLOBAL PRODUCTS, INC.,** | |
|        **Plaintiff,** | |
|   v. | |
| **ROGER LEON, KEITH PIERCY, and JEANNE HENDRIX,** | |
|        **Defendants and Counterclaim/ Third Party Plaintiffs,** | **THIRD-PARTY DEFENDANT CHONGQING RATO POWER CO., LTD.'S MOTION TO CONFIRM ARBITRATION AWARD AND ENTER FINAL JUDGMENT** |
|   v. | |
| **CHONGQING RATO POWER CO., LTD., CHONGQING RATO POWER MANUFACTURING CO., LTD., CHONGQING RATO TECHNOLOGY CO., LTD., ZHU LIEDONG, LARRY QIAN WANG, JIN XIANG, MICHAEL PARKINS, GODWIN LENG, and RATO NORTH AMERICA, INC.** | |
|        **Third Party Defendants.** | |

Third-Party Defendant Chongqing Rato Power Co., Ltd. ("Rato Power") respectfully submits this Motion and requests that the Court (1) enter an order confirming two arbitration awards against Defendant and Third-Party Plaintiff Roger Leon ("Leon") entered by the Chongqing Arbitration Commission (the "Commission") in China and (2) enter final judgment accordingly.

Rato Power makes this Motion pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, the Convention on the Recognition and Enforcement of Foreign Arbitral Awards of June

10, 1958 (the "New York Convention"), the North Carolina Arbitration Act, N.C. Gen. Stat. §§ 1-569.1 *et seq.*, Rule 54(b) of the North Carolina Rules of Civil Procedure, applicable common law and the express arbitration agreements between Rato Power and Leon in the Equity Agreement and the Joint Venture Agreement (as each is defined in the supporting brief accompanying this Motion).

On August 10, 2016, the Commission served Leon with Rato Power's arbitration demands and other documents related to the two arbitration proceedings commenced by Rato Power pursuant to the arbitration agreements in the Equity Agreement and the Joint Venture Agreement. The proof of service listing the documents served on Leon is attached hereto as Exhibit A. On October 6, 2016, the Commission served Leon with a notice of hearing and notice of composition of arbitral tribunal for the two arbitration proceedings. The proof of service of these notices is attached hereto as Exhibit B.

Pursuant to Article VI of the New York Convention, certified copies of the Equity Agreement and the Joint Venture Agreement are attached to the first Affidavit of Liedong Zhu, filed with the Court on May 13, 2016 (the "First Zhu Affidavit").[1] Certified copies of the arbitration awards relating to the Equity Agreement and the Joint Venture Agreement are attached hereto as Exhibits C and D, respectively. Certified translations of the Equity Agreement and the Joint Venture Agreement are attached to the First Zhu Affidavit.[2] Finally, certified

---

[1] The Second Affidavit of Liedong Zhu (the "Second Zhu Affidavit"), filed contemporaneously with this Motion, certifies the copies of the underlying agreements that were originally attached to the First Zhu Affidavit.

[2] The Affidavit of Huang Ke, filed contemporaneously with this Motion, certifies the English translations of the Equity Agreement and the Joint Venture Agreement that were originally attached to the First Zhu Affidavit.

translations of the arbitration awards relating to the Equity Agreement and the Joint Venture Agreement are attached hereto as <u>Exhibits E and F</u>, respectively.[3]

In support of this Motion, Rato Power relies on the exhibits attached hereto, the Second Zhu Affidavit, filed contemporaneously with this Motion, and the pleadings and affidavits previously filed in this action. This Motion is accompanied by a supporting brief which is incorporated herein by reference.

Rato Power requests that the Court enter a final judgment as follows:

With respect to the arbitration award concerning the Equity Agreement (as defined in the supporting brief):

1. declaring that the Equity Agreement is lawful and valid; and

2. awarding Rato Power attorney fees in the amount of RMB 350,000 and arbitration fees in the amount of RMB 294,500.

With respect to the arbitration award concerning the Joint Venture Agreement (as defined in the supporting brief):

1. declaring that the Joint Venture Agreement is lawful and valid; and

2. awarding Rato Power attorney fees in the amount of RMB 850,000 and arbitration fees in the amount of RMB 627,500.

With respect to the judgment as a whole, declaring that there is no just reason for delay and certifying the judgment as a final judgment pursuant to Rule 54(b).

WHEREFORE, Rato Power prays that the Court (a) enter an order confirming the arbitration awards entered against Leon, (b) enter final judgment against Leon accordingly, and (c) grant Rato Power such other relief as the Court deems just and proper.

---

[3] Rato Power's name has been changed to Chongqing Rato Group Holding, Co. Ltd. 2nd Zhu Aff. ¶ 3. The awards are in the name of Chongqing Rato Group Holding, Co. Ltd.

This 11th day of January, 2017.

        s/ Douglas M. Jarrell
Douglas M. Jarrell
N.C Bar No. 21138
djarrell@robinsonbradshaw.com

Matthew F. Tilley
N.C. Bar No. 40125
mtilley@robinsonbradshaw.com

Stuart L. Pratt
N.C. Bar No. 43139
spratt@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246-1900
(704) 377-2536

*Attorneys for Plaintiff Denver Global Products, Inc. and Third-Party Defendants Chongqing Rato Power Co., Ltd., Chongqing Rato Power Manufacturing Co., Ltd., Chongqing Rato Technology Co., Ltd., Zhu Liedong, Larry Qian Wang, Jin Xiang, Godwin Leng, and Rato North America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon each of the parties to this action by depositing same in the United States mail, postage prepaid, in envelopes addressed as follows:

>William Terpening
>Jefferson A. Moors
>Terpening Moors PLLC
>6733-C Fairview Road
>Charlotte, NC 28210
>*Attorneys for Defendants Roger Leon and*
>*Keith Piercy*
>
>Jeanne Hendrix
>2469 Suwanee Pointe Drive
>Lawrenceville, GA 30043
>
>Richard S. Glaser
>James C. Lesnett, Jr.
>Parker Poe Adams & Bernstein LLP
>Three Wells Fargo Center
>401 South Tryon Street, Suite 3000
>Charlotte, NC 28202
>*Attorneys for Third-Party Defendant*
>*Michael Parkins*

This 11th day of January, 2017.

/s/ Douglas M. Jarrell
Douglas M. Jarrell