# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-00102-RLV-DSC

| | |
|---|---|
| DENVER GLOBAL PRODUCTS, INC., </br></br> Plaintiff, </br></br> v. </br></br> ROGER LEON, JEANNE HENDRIX AND KEITH PIERCY, </br></br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Sever and Remand its Claims" (document # 8) filed July 14, 2017, and the parties' briefs and exhibits.

This matter was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636, and this Motion is now ripe for consideration.

The Court concludes that Plaintiff's claims "are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). Plaintiff has not demonstrated compelling reasons for declining supplemental jurisdiction here. For those and the other reasons set forth in Defendants Leon and Percy's "Response …" (document #11), the Motion will be <u>denied</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**. Signed: August 16, 2017

David S. Cayer
United States Magistrate Judge