# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-00102-MOC-DSC

| | |
|---|---|
| DENVER GLOBAL PRODUCTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROGER LEON, JEANNE HENDRIX )<br>AND KEITH PIERCY, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on "Plaintiff and Third Party Defendants' Motion for Expedited Pretrial Conference" (document # 15) filed October 24, 2017, and the parties' briefs and exhibits. Plaintiff contends that a conference is necessary to discuss the status of Motions that were pending at the time this case was removed from state court. Those motions do not appear on the Court's docket.

Having conferred with the chambers of the Honorable Max O. Cogburn, Jr., the Motion is denied.

Any Motions that were pending prior to removal may be re-filed nunc pro tunc within fourteen days of this Order. Any Motion not re-filed will be deemed abandoned.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.    Signed: November 9, 2017

David S. Cayer
United States Magistrate Judge