IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-00102-MOC-DSC

| | | |
|---|---|---|
| **DENVER GLOBAL PRODUCTS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ROGER LEON, JEANNE HENDRIX** | ) | |
| **AND KEITH PIERCY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court <u>sua sponte</u> following the filing of dispositive motions that were pending at the time this case was removed from state court. <u>See</u> documents #20-24. The parties attached their briefs, affidavits, pleadings and other submissions as exhibits to their Motions. These filings total more than 1,200 pages.

LCiv.R 7.1 (D) states:

**Page Limits, Fonts, and Spacing.** Page limits, font sizes, spacing, and other formatting requirements are governed by the Standing Civil Order of the judge to whom the case is assigned. Absent such requirements in the Standing Civil Order of the judge to whom the case is assigned, the page limit for any brief is 25 pages, the font size is a minimum of 12 point, lines are double spaced, margins are one inch, and each page is numbered.

LCiv.R 7.1(C)(3) states:

**Exhibits Shall be Numbered and Filed as a Separate Attachment.** All exhibits as well as all pages within an exhibit shall be numbered prior to filing. Exhibits previously filed shall not be re-filed by any party and may be incorporated into any other pleading by specific reference to the docket entry, exhibit number, and page. Each exhibit shall be filed as a separate attachment to the pleading it supports.

In cases assigned to the Honorable Max O. Cogburn, Jr., a twenty-five page limit applies to all briefs. A review of the docket shows that some of the briefs exceed the twenty-five page limit, although in several instances the excess pages are exhibits that were made part of the briefs when they were initially filed.

The Court concludes that the interests of judicial economy necessitate that the parties edit their briefs to comply with page limits and submit any exhibits as attachments. Briefs in compliance with the twenty-five page limit and containing no exhibits need not be refiled.

**NOW THEREFORE IT IS ORDERED that:**

1. On or before January 12, 2018, each party shall review its principal briefs (i.e., a brief filed contemporaneously with that party's Motion) and file briefs in compliance with the Local Rules. Any exhibits formerly attached to those briefs shall be filed separately.

2. On or before February 2, 2018, each party shall review its responsive briefs and file briefs in compliance with the Local Rules. Any exhibits formerly attached to those briefs shall be filed separately.

3. On or before February 23, 2018, each party shall review its reply briefs and file briefs in compliance with the Local Rules. Any exhibits formerly attached to those briefs shall be filed separately.

4. The parties may revise any of their briefs provided that they adhere to the page limits.

5. Exhibits previously submitted as separate attachments to Documents ##20-24 should not be refiled.

6. The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: December 11, 2017

David S. Cayer
United States Magistrate Judge