# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Denver Global Products, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:17-cv-00102-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Roger Leon | ) | |
| Jeanne Hendrix | ) | |
| Keith Piercy, | ) | |
| | ) | |
| Defendant(s), | ) | |
| | ) | |
| Chongquing Rato Power Co., | ) | |
| LTD., et al., | ) | |
| | ) | |
| Third Party Defendant(s) | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 16, 2018 Order.

July 16, 2018

_____

Frank G. Johns, Clerk
United States District Court