IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Action No. 5:17-CV-00102-MOC-DSC

| | |
|---|---|
| DENVER GLOBAL PRODUCTS, INC.<br><br>　　　　Plaintiff<br>　　　　and Counterclaim<br>　　　　Defendant,<br><br>　v.<br><br>JEANNE HENDRIX,<br><br>　　　　Defendant,<br><br>　and<br><br>ROGER LEON and KEITH PIERCY,<br><br>　　　　Defendants<br>　　　　Counterclaim Plaintiffs,<br>　　　　and Third Party Plaintiffs,<br><br>　v.<br><br>CHONGQING RATO POWER CO., LTD.;<br>CHONGQING RATO POWER<br>MANUFACTURING CO., LTD.;<br>CHONGQING RATO TECHNOLOGY CO.,<br>LTD.; ZHU LIEDONG; LARRY QIAN<br>WANG; JIN XIANG; MICHAEL PARKINS,<br>GODWIN LENG; and RATO NORTH<br>AMERICA, INC.,<br><br>　　　　Third Party Defendants. | **NOTICE OF APPEAL<br>BY LEON AND PIERCY** |

　　　Notice is hereby given that, pursuant to Federal Rule of Appellate Procedure 3, Defendants, Counterclaim Plaintiffs, and Third-Party Plaintiffs Roger Leon and Keith Piercy hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order entered in *Denver Global*

1

*Products, Inc. v. Roger Leon et al.*, 5:17-CV-102-MOC-DSC (W.D.N.C.) on July 16, 2018 (**Doc. No. 49**) and the Clerk's Judgement entered on July 16, 2018 (**Doc No. 50**).

This 25th day of July, 2018.

/s/ William R. Terpening
William R. Terpening
N.C. Bar 36418
Allison L. Vaughn
N.C. Bar 48134

**TERPENING WILDER LAW**
5950 Fairview Road, Suite 808
Charlotte, North Carolina 28210

terpening@terpeninglaw.com
vaughn@terpeninglaw.com
(980) 265-1700

*Counsel for Leon & Piercy*

## CERTIFICATE OF SERVICE

      I certify that I have filed this **NOTICE OF APPEAL** through the Court's ECF system, which constitutes service on all parties.

Dated: July 25, 2018.

                                                /s/ William R. Terpening