IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No.: 5:17-cv-00102-MOC-DSC

| | |
|---|---|
| DENVER GLOBAL PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROGER LEON, KEITH PIERCY, AND JEANNE HENDRIX, <br><br> Defendants and Counterclaim/ Third-Party Plaintiffs, <br><br> v. <br><br> CHONGQING RATO POWER CO., LTD.; CHONGQING RATO POWER MANUFACTURING CO., LTD.; CHONGQING RATO TECHNOLOGY CO., LTD.; ZHU LIEDONG; LARRY QIAN WANG; JIN XIANG; MICHAEL PARKINS; GODWIN LENG; and RATO NORTH AMERICA, INC., <br><br> Third-Party Defendants. | MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR THIRD-PARTY DEFENDANT MICHAEL PARKINS |

In accordance with Local Civil Rule 83.1(f) for the Western District of North Carolina, James C. Lesnett, Jr. of Parker Poe Adams & Bernstein LLP, hereby moves to withdraw as counsel of record in this case. "Good cause" exists for withdrawal (*see* Local Rule 83.1(f)) because he will no longer be affiliated with Parker Poe Adams & Bernstein LLP as of August 3, 2018, and other Parker Poe Adams and Bernstein LLP counsel of record will continue to represent Third-Party Defendant Michael Parkins in this matter.

Respectfully submitted, this 3rd day of August, 2018.

        s/ James C. Lesnett, Jr.
        Richard S. Glaser, Jr.
        N.C. State Bar No. 13998
        James C. Lesnett, Jr.
        N.C. State Bar No. 36232
        Katie M. Iams
        NC State Bar No. 38368

        **PARKER POE ADAMS & BERNSTEIN LLP**
        Three Wells Fargo Center, Suite 3000
        401 South Tryon Street
        Charlotte, North Carolina 28202
        Telephone: (704) 372-9000
        Facsimile: (704) 334-4706
        Email: rickglaser@parkerpoe.com
        Email: jamielesnett@parkerpoe.com
        Email: katieiams@parkerpoe.com

        *Attorneys for Third-Party Defendant*
        *Michael Parkins*

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR THIRD-PARTY DEFENDANT MICHAEL PARKINS** was electronically filed with the Clerk of Court using the CM/ECF system and served on the attorneys of record via the Court's electronic case filing system.

I further certify that on this date I also served a copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR THIRD-PARTY DEFENDANT MICHAEL PARKINS** via United States First Class Mail, postage prepaid, addressed as follows:

Jeanne Hendrix
2469 Suwanee Pointe Drive
Lawrenceville, GA 30043

Jeanne Hendrix
1355 Grace Hadaway Lane
Lawrenceville, GA 30043-7208

This 3rd day of August, 2018.

s/ James C. Lesnett, Jr.
James C. Lesnett, Jr.
N.C. State Bar No. 36232
**PARKER POE ADAMS & BERNSTEIN LLP**
Three Wells Fargo Center, Suite 3000
401 South Tryon Street
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
Facsimile: (704) 334-4706
Email: jamielesnett@parkerpoe.com

*Attorneys for Third-Party Defendant Michael Parkins*