UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:17-CV-00102-MOC-DSC

| | |
|---|---|
| DENVER GLOBAL PRODUCTS, INC., | BOND NUMBER: 1532676 |
| Plaintiff, | |
| ROGER LEON, KEITH PIERCY, and JEANNE HENDRICK, | |
| Defendants, | |
| CHONGQUIN RATO POWER CO., LTD., AND et. Al., | |
| Third Party Defendants. | |

WHEREAS, the Defendant requests the Court accept Defendant's APPEAL BOND in the above entitled action, staying execution of judgment pending hearing and decision on the appeal to the 4th Cir. US Court of Appeals, by Defendant, Roger Leon.

Now, therefore GREAT AMERICAN INSURANCE COMPANY, as Surety does hereby and pursuant to The Federal Code of Civil Procedure, undertake that the Defendant will pay to the Plaintiff or to party(ies) as named by the Court, not exceeding the sum of THREE HUNDRED THIRTY THOUSAND AND 00/100S DOLLARS ($330,000.00) for such damages and/or costs as the Court may direct.

This 15th day of October, 2018.

ROGER LEON

GREAT AMERCAN INSURANCE CO.

C. POINDEXTER, ATTORNEY-IN-FACT



# GREAT AMERICAN INSURANCE COMPANY®
Administrative Office: 301 E 4TH STREET • CINCINNATI, OHIO 45202 • 513-369-5000 • FAX 513-723-2740

The number of persons authorized by
this power of attorney is not more than 10

Bond No. **1532676**

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That the GREAT AMERICAN INSURANCE COMPANY, a corporation organized and existing under and by virtue of the laws of the State of Ohio, does hereby nominate, constitute and appoint the person or persons named below its true and lawful attorney-in-fact, for it and in its name, place and stead to execute on behalf of the said Company, as surety, the specific bond, undertaking or contract of suretyship referenced herein; provided that the liability of the said Company on any such bond, undertaking or contract of suretyship executed under this authority shall not exceed the limit stated below. The bond number on this Power of Attorney must match the bond number on the bond to which it is attached or it is invalid.

| Name | Address | Limit of Power |
|---|---|---|
| C. CONSTANTIN POINDEXTER, MARIA DE LOS ANGELES REYNOSO | SURETY ONE, INC.<br>PO BOX 16451, SAN JUAN, PR 00908 | $330,000.00 |

IN WITNESS WHEREOF the GREAT AMERICAN INSURANCE COMPANY has caused these presents to be signed and attested by its appropriate officers and its corporate seal hereunto affixed this 15TH day of OCTOBER, 2018.

Attest
GREAT AMERICAN INSURANCE COMPANY

_Assistant Secretary_

_Divisional Senior Vice President_
DAVID C. KITCHIN (877-377-2405)

STATE OF OHIO, COUNTY OF HAMILTON - ss:
On this 15TH day of OCTOBER, 2018, before me personally appeared DAVID C. KITCHIN, to me known, being duly sworn, deposes and says that he resides in Cincinnati, Ohio, that he is a Divisional Senior Vice President of the Bond Division of Great American Insurance Company, the Company described in and which executed the above instrument; that he knows the seal of the said Company; that the seal affixed to the said instrument is such corporate seal; that it was so affixed by authority of his office under the By-Laws of said Company, and that he signed his name thereto by like authority.



Susan A. Kohorst
Notary Public, State of Ohio
My Commission Expires 05-18-2020

This Power of Attorney is granted by authority of the following resolutions adopted by the Board of Directors of Great American Insurance Company by unanimous written consent dated June 9, 2008.

*RESOLVED: That the Divisional President, the several Divisional Senior Vice Presidents, Divisional Vice Presidents and Divisonal Assistant Vice Presidents, or any one of them, be and hereby is authorized, from time to time, to appoint one or more Attorneys-in-Fact to execute on behalf of the Company, as surety, any and all bonds, undertakings and contracts of suretyship, or other written obligations in the nature thereof; to prescribe their respective duties and the respective limits of their authority; and to revoke any such appointment at any time.*

*RESOLVED FURTHER: That the Company seal and the signature of any of the aforesaid officers and any Secretary or Assistant Secretary of the Company may be affixed by facsimile to any power of attorney or certificate of either given for the execution of any bond, undertaking, contract of suretyship, or other written obligation in the nature thereof, such signature and seal when so used being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.*

## CERTIFICATION

I, STEPHEN C. BERAHA, Assistant Secretary of Great American Insurance Company, do hereby certify that the foregoing Power of Attorney and the Resolutions of the Board of Directors of June 9, 2008 have not been revoked and are now in full force and effect.

Signed and sealed this 15TH day of OCTOBER, 2018.

_Assistant Secretary_

S1194C (6/15)

Surety One, Inc.    SuretyOne.com    Underwriting@SuretyOne.com
5 W Hargett St, 4th Floor, Raleigh NC 27601    T: 800 373 2804    F: 919 834 7039
404 Av De La Constitución, #708, San Juan PR 00901    T: 787 333 0222
38 Greensboro Drive, Toronto ON M9W 1E1

# GUIDE FOR INFORMATION REQUESTS, REPORT OF BOND RELEASE AND/OR RETURN OF COLLATERAL

## What information should be provided when seeking a surety bond status?

- Name of the principal (insured) as it appears on the bond
- Bond number
- Your email
- Type of bond and date of issue.

## How do I inquire about renewal/continuation of my current surety bond?



**Email**

Underwriting@SuretyOne.com
Include the aforementioned identifying information and request.



**Telephone**

(787) 333-0222
(800) 373-2804



**Mail**

PO Box 37284
Raleigh, NC 27627

## How do I report the termination/exoneration of my bond and/or request a refund of collateral?

1. In the case of a judicial (court) bond, we require a final order of the court holding jurisdiction definitively releasing the surety from its obligation under the bond.
2. In the case of a license and permit bond, utility or lease bond, or any miscellaneous surety bond or financial guarantee, we require a letter from the obligee releasing the surety from its obligations under the bond.
3. In the case of a performance and/or payment bond, we require a sworn affidavit of completion executed by the principal contractor and an original letter from the obligee (project owner) releasing the surety from its obligation. The affidavit and letter must specifically identify the principal, obligee, contract, surety company and bond number.

All requests for status, renewal or collateral returns will be answered on the following business day.



**Email**

Underwriting@SuretyOne.com

**Telephone**

(800) 373-2804

Copyright © 2018 Surety One, Inc. Surety One, and the Surety One logo are trademarks of Surety One, Inc., registered in the U.S. and other countries.

Guide for Information Requests – English
Edition: 09/2018