IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-00102-MOC-DSC

| | |
|---|---|
| DENVER GLOBAL PRODUCTS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ROGER LEON, JEANNE HENDRIX AND KEITH PIERCY, | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Defendants' "Motion to Stay Proceedings to Enforce Judgment" (document #61) filed October 17, 2018. Plaintiff has not responded to the Motion and the time for responding has expired.

For the reasons stated therein, the Motion is granted. Execution is stayed pending appeal. The Defendants' $300,000 appeal bond is accepted as appropriate security.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: November 13, 2018

David S. Cayer
United States Magistrate Judge